UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 05-30039-MAP |
| | ) | |
| | ) | 21 U.S.C. § 841 (Distribution |
| v. | ) | and Possession with Intent to |
| | ) | Distribute Cocaine Base) |
| | ) | (Counts One to Four) |
| | ) | |
| JULIO MARIN, | ) | 18 U.S.C. § 2 (Aiding and |
| Defendant. | ) | Abetting)(Counts One to Four) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE:        (Title 21, United States Code, Section 841:
                  Distribution and Possession with Intent to
                  Distribute Cocaine Base; Title 18, United States
                  Code, Section 2: Aiding and Abetting)

     On or about May 18, 2004, in the District of Massachusetts,

                    JULIO MARIN,

the defendant herein, did knowingly and intentionally distribute

and possess with intent to distribute a mixture or substance

containing a detectable amount of cocaine base in the form of

crack cocaine, a Schedule II controlled substance;

     All in violation of Title 21, United States Code, Section

841(a)(1), and Title 18, United States Code, Section 2.

COUNT TWO:        (Title 21, United States Code, Section 841:
                  Distribution and Possession with Intent to
                  Distribute Cocaine Base; Title 18, United States
                  Code, Section 2: Aiding and Abetting)

    1.    On or about May 25, 2004, in Hampden County, in the
District of Massachusetts,

                            JULIO MARIN,

the defendant herein, did knowingly and intentionally distribute
and possess with intent to distribute a mixture or substance
containing a detectable amount of cocaine base in the form of
crack cocaine, a Schedule II controlled substance.

    2.    The offense described in Paragraph One of Count Two of
this Indictment involved five grams or more of a mixture or
substance containing cocaine base in the form of crack cocaine.
Accordingly, Title 21, United States Code, Section
841(b)(1)(B)(iii) applies to this case.

    All in violation of Title 21, United States Code, Section
841(a)(1), and Title 18, United States Code, Section 2.

COUNT THREE:    (Title 21, United States Code, Section 841:
                Distribution and Possession with Intent to
                Distribute Cocaine Base; Title 18, United States
                Code, Section 2: Aiding and Abetting)

    1.    On or about June 16, 2004, in Hampden County, in the

District of Massachusetts,

JULIO MARIN,

the defendant herein, did knowingly and intentionally distribute

and possess with intent to distribute a mixture or substance

containing a detectable amount of cocaine base in the form of

crack cocaine, a Schedule II controlled substance.

    All in violation of Title 21, United States Code, Section

841(a)(1), and Title 18, United States Code, Section 2.

3

COUNT FOUR:    (Title 21, United States Code, Section 841:
Distribution and Possession with Intent to
Distribute Cocaine Base; Title 18, United States
Code, Section 2: Aiding and Abetting)

On or about December 16, 2004, in Hampden County, in the District of Massachusetts,

JULIO MARIN,

the defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

4

FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts One to Four of this Indictment,

JULIO MARIN,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.    If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant –

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Todd E. Newhouse
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

      Returned into the District Court by the Grand
      Jurors and filed on June   9   , 2005.

_____
Deputy Clerk of Court
3:55 PM

6

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __Massachusetts__    **Category No.** __2__    **Investigating Agency** __FBI__

**City** __Springfield__    **Related Case Information:**

**County** __Hampden__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Julio Marin__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __43 Central Street, Springfield, MA__

Birth date (Year only): __1975__ SSN (last 4 #): __9123__ Sex __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Todd E. Newhouse__    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __4__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** __June 9, 2005__    Signature of AUSA: _[signature]_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Julio Marin

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Number** |
|---|---|---|---|
| Set 1 | 21 USC 841 | Distribution & Possession w/Intent to Distribute Cocaine Base | 1-4 |
| Set 2 | 18 USC 2 | Aiding and Abetting | 1-4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**