✺AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JULIO MARIN

**APPEARANCE**

Case Number: 05-30039-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    The United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 9, 2005 | *[signature]* |
| Date | Signature |
| | Todd E. Newhouse |
| | Print Name      Bar Number |
| | 1550 Main Street, Rm 310 |
| | Address |
| | Springfield    MA    01103 |
| | City    State    Zip Code |
| | (413) 785-0235    (413) 785-0394 |
| | Phone Number    Fax Number |