SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30039-MAP |
| ) | |
| ) | 21 U.S.C. § 851(a)(1)- |
| ) | (Sentence Enhancement for |
| ) | Prior Drug Conviction) |
| v.        ) | |
| ) | |
| JULIO MARIN,      ) | |
|     Defendant.    ) | |

### INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Todd E. Newhouse, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon previous felony drug convictions of defendant JULIO MARIN to increase the punishment that may be imposed by this Court upon defendant JULIO MARIN'S conviction for the drug offenses alleged in Counts One through Four of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding JULIO MARIN are the following:

1) felony convictions of guilty for Possession with Intent to Distribute a Class A Controlled Substance, Heroin; and Possession with Intent to Distribute a Class B Controlled Substance, Cocaine; Docket Numbers 9523CR3382A-B, entered on May 10, 1995,

1

in Springfield District Court, Springfield, Massachusetts;

2) a felony conviction of guilty for Possession of a Class A Controlled Substance, Heroin; Docket Number 93623CR12012, entered on December 13, 1994, in Springfield District Court, Springfield, Massachusetts; and

3) felony convictions of guilty for Distribution of a Class A Controlled Substance and Distributing a Controlled Substance; Docket Numbers 98931, 98932 and 98933 entered on October 1, 1998, in Hampden County Superior Court, Springfield, Massachusetts.

Certified copies of the convictions have been ordered and will be maintained by the undersigned attorney for the government when received.

Filed this 14 day of June, 2005.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                         KEVIN O'REGAN
                         Assistant U.S. Attorney
                         Chief, Springfield
                         Branch Office

## CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                 June 14, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing

said motion to all counsel of record.

                                                                  TODD E. NEWHOUSE
                                                                  Assistant United States Attorney