AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JULIO MARIN

**WARRANT FOR ARREST**

CASE NUMBER: 05-30039-MAP

SEALED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest         JULIO MARIN
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

distribution and possession with intent to distribute cocaine base

in violation of
Title          18          United States Code, Section(s)  841

Kenneth P. Neiman                                          Magistrate Judge
Name of Issuing Officer                                    Title of Issuing Officer

[signature]                                                June 9, 2005 — Springfield, Mass.
Signature of Issuing Officer                               Date and Location

Bail fixed at $ _____ by _____
                                             Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  43 Central St
Springfield, MA

DATE RECEIVED  6/9/05         NAME AND TITLE OF ARRESTING OFFICER     SIGNATURE OF ARRESTING OFFICER
                              SFO JAMES NAZZA
DATE OF ARREST  6/15/05       SA MARK S. KARANGEKIS                    [signature] Mark K L

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: JULIO MARIN

ALIAS:

LAST KNOWN RESIDENCE: 43 Central Street, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Springfield, MA

DATE OF BIRTH (4 digit year): 00-00-1975

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 9123

HEIGHT: 6'2"   WEIGHT: 175 lbs

SEX: MALE   RACE: Hispanic

HAIR: Brown   EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI (Springfield, MA)