AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JULIO MARIN

**APPEARANCE**

Case Number: 05-30039-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
JULIO MARIN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/22/2005 | *signature* |
| Date | Signature |
| | MYLES JACOBSON     249600 |
| | Print Name     Bar Number |
| | 52 Mulberry Street |
| | Address |
| | Springfield     MA     01105-1410 |
| | City     State     Zip Code |
| | (413) 781-5400     (413) 739-0801 |
| | Phone Number     Fax Number |

## CERTIFICATE OF SERVICE

Hampden, s.s.                                         Springfield, Massachusetts
                                                      June 22, 2005

I HEREBY CERTIFY that I have served a copy of the foregoing Appearance by United States Mail to Todd E. Newhouse, Assistant United States Attorney, Federal Building and Courthouse, 1550 Main St., Room #310, Springfield, MA 01103-1427.

JULIO MARIN,
By his attorney,

Myles D. Jacobson, BBO# 249600
Fein, Pearson & Emond, PC
52 Mulberry Street
Springfield, MA 01105-1410
(413) 781-5400
(413) 739-0801 - Facsimile