UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )   Criminal No. 05-30039-MAP
                             )
                             )
     v.                      )
                             )
JULIO MARIN,                 )
          Defendant.         )

MEMORANDUM PURSUANT TO LOCAL RULE 116.5

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government faxed a draft to Myles D. Jacobson, Esq., counsel for defendant Marin, on August 2, 2005.

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The defendant has not requested discovery of expert witnesses under Fed. R. Crim. Pro. 16(a)(1)(E).

3. The government has copies of the CD's/DVD's to give to defense counsel. Beyond that, the parties do not anticipate providing additional discovery as the result of future receipt of information.

4. The defendant does not intend to raise a defense of insanity or public authority.

5. The government has requested notice of alibi by the defendant and there has been no response by the defendant.

6. The defendant has not filed and does not intend to

1

file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

7. It is not necessary to schedule any matter in the case other than a Pretrial Conference.

8. The parties are not currently engaging in plea negotiations.

9. The parties agree that there are periods of excludable delay. The parties agree that the time frame from arraignment, June 17, 2005 through July 1, 2005 is excludable under Local Rule 112.2(A)(1). There were no motions or discovery letters filed.

Therefore, as of the day of the Status Conference on August 4, 2005, 29 days have run and 41 days remain on the Speedy Trial clock which will require that, if necessary, a trial commence on or before September 14, 2005.

10. In the event that a trial is necessary the trial will last approximately 5 days.

11. A date convenient with the Court should be established for the Pretrial Conference.

2

Filed this 2nd day of August, 2005.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                              TODD E. NEWHOUSE
                              Assistant United States Attorney

On behalf of defendant Marin:


                              MYLES D. JACOBSON, ESQ.
                              Counsel for defendant Marin

## CERTIFICATE OF SERVICE

Hampden, ss.                     Springfield, Massachusetts
                                       August 2, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney