# FEIN, PEARSON & EMOND, P.C.

*ATTORNEYS AT LAW*

P. O. BOX 678

52 MULBERRY STREET

SPRINGFIELD, MASSACHUSETTS 01101-0678

Telephone (413) 781-5400

Fax (413) 739-0801

Email: law@fpepc.com

SAMUEL L. FEIN (1899-1977)
SHERMAN E. FEIN
JOHN E. PEARSON
MARCEL L. EMOND, JR.
ERIC D. APPLEBAUM
DAVID B. PARADIS
STEPHEN A. DOUGAL
RUSSELL R. FONTAINE

OF COUNSEL

MYLES JACOBSON
52 MULBERRY STREET
SPRINGFIELD, MA 01105
(413) 781-5400

SYDNEY T. SCHULMAN
10 GRAND STREET
HARTFORD, CONNECTICUT 06106
(860) 522-2960

ADOLFO ROJAS BREEDY
AVE. 8, CALLES 3 Y 5
SAN JOSE, COSTA RICA
(506) 233-7203
MEMBER OF COSTA RICA BAR ONLY

August 3, 2005

Ms. Bethaney Healy
Courtroom Clerk
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

**VIA FACSIMILE ONLY**
**785-0204**

Re:  *United States of America v. Julio Marin*
     United States District Court Criminal Action No. 05-30039-MAP

Dear Ms. Healy:

This letter concerns the upcoming status conference before Magistrate Judge Neiman on Thursday, August 4th. Yesterday I received a draft Joint Trial Memo from AUSA Todd Newhouse. This is to inform the court that I do not join in that memo.

Automatic discovery in this case consists mostly of video and audio tape recordings which were first made available to me on Friday of last week, and I have only now received them. It was my understanding with Mr. Newhouse that he would agree to continue time schedules to allow me to make discovery requests and file discovery motions, if necessary, after an opportunity to review these video and/or audio recordings.

Accordingly, I will be asking the court for a one month extension and setting of a new status conference at that time. It is understood that Mr. Marin will waive the speedy trial period for that month should the court grant that time.

Thank you.

Very truly yours,

Myles D. Jacobson
*Dictated by not read*

Myles D. Jacobson

MDJ/taf
cc:   AUSA Todd E. Newhouse, via facsimile