UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30039-MAP |
| ) | |
| JULIO MARIN, ) | |
| Defendant ) | |

INITIAL STATUS REPORT
August 4, 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference this day and, in accord with Local Criminal Rule 116.5(B), reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. Due to the recent production by the Government of audio and video recordings, the court has scheduled an interim Status Conference for October 14, 2005.

3. The parties assert and the court agrees that twenty-nine days will have run on the Speedy Trial clock as of October 14, 2005. An order of excludable delay shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge