

U.S. Department of Justice

United States Attorney
District of Massachusetts

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

August 23, 2005

Myles D. Jacobson, Esq.
52 Mulberry Street
Springfield, MA 01105

    Re:  United States v. Julio Marin
          Criminal No. 05-30039-MAP

Dear Attorney Jacobson:

In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed DEA-7 analyses of cocaine base purchased on April 25, and May 6, 2005 from the defendant.

Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                          Very truly yours,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                By:

                          TODD E. NEWHOUSE
                          Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);