UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05CR30039-MAP
)
JULIO MARIN )

## NOTICE OF CHANGE OF ADDRESS

Please enter my change of address and telephone as counsel for Julio Marin in reference to the above entitled matter, as follows:

Myles Jacobson, Attorney
Jacobson & Fellows
90 Conz Street
P.O. Box 597
Northampton, MA 01061
Telephone: (413) 584-8181

Date: August 30, 2005

_____
Myles Jacobson
Jacobson & Fellows
90 Conz Street
P.O. Box 597
Northampton, MA 01061
Tel: (413) 584-8181
BBO #249600

## CERTIFICATE OF SERVICE

I, Myles Jacobson, do hereby certify that I caused a copy of the foregoing document to be mailed first class to the attorney of record: Todd E. Newhouse, Assistant U.S. Attorney, Office of the United States District Attorney, District of Massachusetts, Federal Building and Courthouse, 1550 Main Street, Room 310, Springfield, MA 01103 on August 30, 2005.

_____