

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

September 29, 2005

Myles D. Jacobson, Esq.
90 Conz Street
Northampton, MA 01061

    Re: <u>United States v. Julio Marin</u>
        Criminal No. 05-30039-MAP

Dear Attorney Jacobson:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), and pursuant to your request during our telephone conversation of today I am providing you with instructions regarding playing the CD's and DVD's provided in discovery.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                    By:
                                TODD E. NEWHOUSE
                                Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);