UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )    Criminal No. 05-30039-MAP
                            )
            v.              )
                            )
JULIO MARIN,                )
            Defendant.      )

THIRD MEMORANDUM PURSUANT TO LOCAL RULE 116.5

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government faxed a draft to Myles D. Jacobson, Esq., counsel for defendant Marin, on November 14, 2005.

1.    The defendant will address the Court at the Status Conference regarding the defendant's access to the DVD's while incarcerated. Otherwise, there are no outstanding discovery issues not yet presented or resolved by the Court.

2.    The defendant has not requested discovery of expert witnesses under Fed. R. Crim. Pro. 16(a)(1)(E).

3.    The parties do not anticipate providing additional discovery as the result of future receipt of information.

4.    The defendant may raise a defense of insanity or public authority.

5.    The government has requested notice of alibi by the defendant and there has been no response by the defendant.

6.    The defendant has not filed but may file, a motion to

1

dismiss, or suppress, or any other motion requiring a ruling by
the District Court before trial pursuant to Fed. R. Crim. Pro.
12(c).

7.    It is not necessary to schedule any matter in the case
other than a Pretrial Conference.

8.    The parties are not currently engaging in plea
negotiations.

9.    The parties agree that there are periods of excludable
delay.  The parties agree that the time frame from arraignment,
June 17, 2005 through July 1, 2005 is excludable under Local Rule
112.2(A)(1).  Further, at the August 11, 2005 Status Conference,
the Court, at the joint request of the government and the
defendant, excluded the time between the August 11, 2005 Status
Conference and the October 14, 2005 Status Conference.  Finally,
at the October 14, 2005 Status Conference, the Court, at the
joint request of the government and the defendant, excluded the
time between the October 14, 2005 Status Conference and the
November 17, 2005 Status Conference.  There were no motions or
discovery letters filed.

Therefore, as of the day of the Status Conference on October
14, 2005, 29 days have run and 41 days remain on the Speedy Trial
clock which will require that, if necessary, a trial commence on
or before December 28, 2005.

10.    In the event that a trial is necessary the trial will

2

last approximately 5 days.

    11.    A date convenient with the Court should be established for the Pretrial Conference.

    Filed this 14th day of November, 2005.

                 Respectfully submitted,

                 MICHAEL J. SULLIVAN
                 United States Attorney


                 _____
                 TODD E. NEWHOUSE
                 Assistant United States Attorney

                 On behalf of defendant Marin:



                 _____
                 MYLES D. JACOBSON, ESQ.
                 Counsel for defendant Marin

CERTIFICATE OF SERVICE

Hampden, ss.                 Springfield, Massachusetts
                           November 14, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

                 _____
                 TODD E. NEWHOUSE
                 Assistant U.S. Attorney

3