**JACOBSON & FELLOWS**
90 Conz Street
P.O. Box 597
Northampton, MA 01061
413-584-8181

Myles Jacobson, Attorney
Michael J. Fellows, Attorney


November 17, 2005

Bethany Healy, Clerk
U.S. District Court for the District of Massachusetts
1550 Main Street, 5th Floor
Springfield, MA 01103


Re:   <u>United States of America v. Julio Marin,</u>
      Criminal Action Number 05-30039-MAP

Dear Ms. Healy:

   This is in the nature of a status report concerning efforts to be able to have Julio Marin review twenty plus hours of DVD and CD discovery in his case.

   1. Julio Marin is presently at the Franklin County Jail. Assistant Deputy Superintendent Shepard informed me that a laptop computer with a DVD player was ordered on approximately November 10th and is expected to arrive shortly. According to information provided by AUSA Todd Newhouse, any modern computer with a DVD player should be adequate to view the government's discovery.

   2. To ascertain whether or not it might save time to have Julio Marin transferred to Ludlow, I contacted the Hampden County House of Corrections. James Gill, Assistant Deputy Superintendent of Programs at the Hampden County House of Corrections, informed me that they have no computer equipment available at that facility for use by inmates.

   Thank you.

                                                Yours truly,

                                                Myles Jacobson

cc: AUSA Todd Newhouse