UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30039-MAP |
| ) | |
| JULIO MARIN, ) | |
| Defendant ) | |

INTERIM STATUS REPORT
November 18, 2005

NEIMAN, U.S.M.J.

The court held an interim Status Conference on November 17, 2005 and, in accord with Local Criminal Rule 116.5(B), reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a final Status Conference for December 15, 2005.

3. The parties assert and the court agrees that twenty-nine days will have run on the speedy trial clock as of December 15, 2005. An order of excludable delay shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge