

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

December 13, 2005

Myles D. Jacobson, Esq.
90 Conz Street
Northampton, MA 01061

Re: <u>United States v. Julio Marin</u>
    Criminal No. 05-30039-MAP

Dear Attorney Jacobson:

In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B), Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed DEA form 7 analysis of cocaine base purchased on May 17, 2005 from the defendant.

Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:

TODD E. NEWHOUSE
Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);

1