UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )   Criminal No. 05-30039-MAP
)
)
JULIO MARIN, )
         Defendant )

### INTERIM SCHEDULING ORDER
December 13, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. A final status conference will be held on February 1, 2006, at 2:30 p.m. in Courtroom III.

2. On or before the close of business, January 30, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge