UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.  )<br>)<br>)<br>JULIO MARIN,  )<br>    Defendant  ) | Criminal No. 05-30039-MAP |

INTERIM STATUS REPORT
December 13, 2005

NEIMAN, U.S.M.J.

The court held a Status Conference this day and, in accord with Local Criminal Rule 116.5(B), reports as follows:

1.  The court has established a schedule as outlined in the Interim Scheduling Order issued this day.

2.  The court has scheduled a final Status Conference for February 1, 2006.

3.  The parties assert in their status report and the court agrees that no time will elapse on the speedy trial clock from this day to February 1, 2006. An order of excludable delay shall issue.

4.  There are no other matters to report relevant to the progress or resolution of the case.

                    /s/ Kenneth P. Neiman
                    KENNETH P. NEIMAN
                    U.S. Magistrate Judge