

U.S. Department of Justice



United States Attorney
District of Massachusetts

---

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

December 14, 2005

Magistrate Judge Kenneth P. Neiman
1550 Main Street, 5th Floor
Springfield, MA 01103

    Re: <u>United States v. Julio Marin</u>
        Criminal No. 05-30039-MAP

Dear Magistrate Judge Neiman:

    This letter is written in response to your inquiry of yesterday in the above referenced case regarding whether the U.S. Attorney's Office would purchase a lap top computer with a DVD drawer to be located at one of the local jails in order that defendants who have been detained might review DVD's and CD's provided during discovery. It is the position of the U.S. Attorney's Office that it can not make such a purchase.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                           Very truly yours,

                           MICHAEL J. SULLIVAN
                         United States Attorney

            By:

                         TODD E. NEWHOUSE
                         Assistant U.S. Attorney

cc: Myles D. Jacobson, Esq.
    90 Conz Street
    Northampton, MA 01061