**JACOBSON & FELLOWS**
90 Conz Street
P.O. Box 597
Northampton, MA 01061
(413) 584-8181

Myles Jacobson, Attorney
Michael Fellows, Attorney


December 15, 2005

Bethaney Healy, Courtroom Clerk
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re:   <u>United States of America v. Julio Marin</u>
      Criminal No. 05CR30039-MAP
      Non-motion

Dear Ms. Healy:

   This is to inform the court that today I spoke with Deputy Superintendent Sheppard at the Franklin House of Correction. He informed me that they have not received their computer equipment as yet and that he would notify me when it came in.

   I also note that the government has filed a letter dated December 14th indicating that the U.S. Attorney's Office will not provide equipment for detainees to review discovery. In light of the government's position, and the fact that Franklin County still has not received any equipment, I am filing a Motion for Reconsideration of the Motion to Release.

   Thank you.

                                                  Very truly yours,


                                                  Myles Jacobson

cc: AUSA Todd Newhouse