**JACOBSON & FELLOWS**
90 Conz Street
P.O. Box 597
Northampton, MA 01061
(413) 584-8181

Myles Jacobson,  Attorney
Michael Fellows, Attorney

January 5, 2005

Bethaney Healy, Courtroom Clerk
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

    Re:    <u>United States of America v. Julio Marin</u>
           Criminal No. 05CR30039-MAP
           Non-motion

Dear Ms. Healy:

    This is to notify the court that the Franklin Jail finally has received its long anticipated laptop computer with DVD/CD player.  I learned this yesterday after I approached the jail authorities to make arrangements in keeping with the Magistrate's 1/3 order.

    I plan to test out the equipment, determine whether adequate arrangements for use by Mr. Marin are in place, and report back to the court by January 10.  At this point, however, it seems that Mr. Marin will be able to view the DVD/CD discovery without the special assistance contemplated by the court's recent order.

    Thank you.

                                       Very truly yours,

                                        Myles Jacobson

cc: AUSA Todd Newhouse