**JACOBSON & FELLOWS**
90 Conz Street
P.O. Box 597
Northampton, MA 01061
(413) 584-8181

Myles Jacobson,  Attorney
Michael Fellows, Attorney

January 10, 2005

Bethaney Healy, Courtroom Clerk
United States District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

    Re:    <u>United States of America v. Julio Marin</u>
             Criminal No. 05CR30039-MAP
             Non-motion

Dear Ms. Healy:

    This is to notify the court as to the status of Julio Marin's ability to view the DVD and CD discovery.   I had been told that the Franklin jail experienced some equipment problems.  But today, I tested their laptop and found it worked well.  An arrangement has been made at the jail which (assuming the equipment holds up) should allow Mr. Marin to complete viewing the discovery with in two or three weeks.   If I become aware of any significant problems, I will inform the court accordingly.

    Please note that the January 20 hearing date established by the court's order of January 3 is an inconvenient for me as I expect to be out of town.   In the next few days, I plan to contact the government's attorney and file a motion for a continuance.

    Thank you.

                                              Very truly yours,

                                             Myles Jacobson

cc: AUSA Todd Newhouse
(filed and served electronically)