

U.S. Department of Justice

FILED
\[U.S.\] OFFICE

2006 JAN 13 P 3: 15

United States Attorney
District of Massachusetts

---

Main Reception: (413) 785-0235
Fax: (413) 785-0394

Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

January 13, 2006

Myles D. Jacobson, Esq.
90 Conz Street
Northampton, MA 01061

Re:  United States v. Julio Marin
     Criminal No. 05-30039-MAP

Dear Attorney Jacobson:

In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed documents bates stamped 001-00075 regarding the government's cooperating witness.

Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Todd E. Newhouse
                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney

Enclosures
cc/ Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);

1