# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V.**

**JULIO MARIN**                    **CASE NO.  05-30039-MAP**

## NOTICE OF HEARING

**PONSOR**
_____ **D.J.**

**PLEASE TAKE NOTICE** that the above-entitled case has been set for a STATUS CONFERENCE ON FEBRUARY 17, 2006 AT 2:00 P.M.  BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.   THIS STATUS CONFERENCE WILL BE FOR COUNSEL ONLY, DEFENDANT NEED NOT BE PRESENT.

SARAH A. THORNTON,

CLERK OF COURT

**February 6, 2006**                    **By:    /s/Elizabeth A. French**

**Date**                                        **Deputy Clerk**

**(Notice of Hearing.wpd - 3/7/2005)**