UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hampden, ss                                                  Criminal No. 05CR30039-MAP

_____
UNITED STATES OF AMERICA            )
                                    )
v.                                  )
                                    )
JULIO MARIN                         )
_____)


**NOTICE OF CHANGE OF ADDRESS**

    In the above matter, please note my new address as counsel for Julio Marin, as follows:

    Myles Jacobson, Attorney
    Jacobson & Fellows
    16 Center Street, Suite 314
    Northampton, MA 01060
    Telephone: (413) 584-8181

                                                 *s/  Myles Jacobson*

Date: February 17, 2006                               _____
                                                            Myles Jacobson
                                                            Jacobson & Fellows
                                                            16 Center Street, Suite 314
                                                             Northampton, MA 01060
                                                            Tel: (413) 584-8181
                                                             BBO #249600