UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
    )
    )
      v.    )    Criminal Action No. 05-30039-MAP
    )
    )
JULIO MARIN,    )
      Defendants    )


FINAL STATUS REPORT
February 24, 2006

NEIMAN, U.S.M.J.

The court held a final status conference on February 23, 2006, and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1.    It is quite likely that there will be a change of plea.

2.    All discovery has been completed (but for one motion which Defendant may want to renew if there is no change of plea).

3.    An initial pretrial conference has been scheduled for March 16, 2006, at 2:30 p.m. in Courtroom I.  Defendant will inform the court at that time whether he wishes to file any other motions.

4.    The parties estimate that a trial, if necessary, will take approximately five days.

5.    Defendant does not intend to raise a defense of insanity or public authority.

6. The parties – and the court – agree that, as of February 23, 2006, twenty-nine days have run on the Speedy Trial clock.

7. There are no other matters relevant to the progress or resolution of this case.

IT IS SO ORDERED.

Dated: February 24, 2006    /s/ Kenneth P. Neiman
            KENNETH P. NEIMAN
            U.S. Magistrate Judge

2