

**U.S. Department of Justice**

FILED
IN CLERK'S OFFICE

*United States Attorney*
*District of Massachusetts* 2006 MAR 23 P 2: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

March 22, 2006

Myles D. Jacobson, Esq.
90 Conz Street
Northampton, MA 01061

        Re:  <u>United States v. Julio Marin</u>
             Criminal No. 05-30039-MAP

Dear Attorney Jacobson:

        In accordance with the government's continuing discovery
obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed.
R. Crim. P. 16(a)(1), I am providing you with a copy of the
enclosed Motion and Affidavits filed in <u>United States v. Ruiz</u>,
Cr. No. 05-30038-MAP.

        Please feel free to call me at (413) 785-0235 if you
have any questions about the above information.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:

                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney

Enclosure
cc: Bethany Healy,
        Courtroom Clerk
        Hon. Kenneth P. Neiman
        United States w/o enclosures);w/o enclosure

1