UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No: 05-cr-30039-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JULIO MARIN | ) |

WITHDRAWAL OF MOTION, DOCKET NO. 63,
WHICH HAD REQUESTED CONTINUANCE OF HEARING

The Defendant Julio Marin hereby withdraws his 8/10/06 motion, docket number 63, which had requested a continuation of his sentencing hearing.

On 8/11/06, Julio Marin informed counsel that he wants there to be no continuance of his sentencing hearing now scheduled for September 6, 2006.

JULIO MARIN, By His Attorney,

s/Myles Jacobson

Date: August 12, 2006

Myles Jacobson   BBO #249600
Jacobson & Fellows
16 Center St. Suite 314
Northampton, MA 01060
Tel: (413) 584-8181