

# MEMORANDUM

To: The Honorable Michael A. Ponsor
U.S. District Judge

From: Richard Rinaldi
U.S. Probation Officer

Re: MARIN, Julio
Docket #05-30039

Date: October 12, 2006

Disposition in the above-mentioned matter is currently scheduled for November 2, 2006. That same day, the Probation Department has scheduled a training to take place in Clinton, Massachusetts. As a result, for Court coverage purposes, the Probation Department respectfully requests that the disposition be continued for at least one day.

The Probation Department wishes to thank the Court for its consideration in this matter.